Peter J. Schulz, Esq., SBN 167646
pjs@gtlaw.cc
Scott A. Jalowiec, Esq., SBN 288570
saj@gtlaw.cc
GRECO TRAFICANTE SCHULZ & BRICK
185 West F Street, Suite 400
San Diego, California 92101
Tel: (619) 234-3660
Fax:   (619) 234-0626

Attorneys for Plaintiff DANIEL STONE

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STONE, an individual, | Civil No.: 13-cv-0457 |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |
| KEVIN N. LYONS, an individual, MICHELLE F. LYONS, an individual, and ANCHOR FUNDING, INC., a corporation, | |
| Defendants. | |

Plaintiff DANIEL STONE hereby voluntarily dismisses this action in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:  April 26, 2013          GRECO TRAFICANTE SCHULZ & BRICK


By: *s/ Scott A. Jalowiec*
     Peter J. Schulz, Esq.
     Scott A. Jalowiec, Esq.
     Attorneys for Plaintiff DANIEL STONE